# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

JONATHAN RANSOM

Defendant

Citation No(s): 9294445

Docket No: MY 96   21-PO-197

\*\*\*\*\*\*\*\*\*\*\*\*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| SPEEDING | 36 CFR 4.21(c) | 80 | 10 | 30 |

TOTAL DUE: $120.00

30 (Section to be completed by court personnel)

Payment is due in full within ~~seven~~ days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 780549, San Antonio, TX 78278
(or you may pay online at www.cvb.uscourts.gov)

☐ Waive Initial Appearance         ☐ Continue to Obtain License
☐ Continue for Payment             ☐ Continue to Retain Attorney
☐ Set for Trial                    ☐ New Court Date: _____
☐ Dismissed by the Government                    at: _____ a.m.

COMMENTS: 30 DAYS TO PAY

*Jonathan Ransom*
Defendant's Signature

SGT. [signature]
Assistant U.S. Attorney

4/12/2021
Date

_____
Attorney for Defendant

Original – Court       Yellow – Defendant       Pink – AUSA

Plea Agreement (07/2019) Triple

Document Ref: AWWQY-LMN6V-7PCND-QZ9CB